STATE OF NEW JERSEY v. VIRGIL POPESCU.

June 19, 1984.

Certification is granted, the judgment of the Appellate Division is summarily modified and the matter is remanded to the Superior Court, Law Division, for a hearing on defendant's competence to stand trial and to commit contempt; and it is further

ORDERED that Cynthia Jacob, Esquire, shall continue to represent the defendant in all proceedings resulting from this remand.

Jurisdiction is not retained.